[No. 21736. Department One. May 2, 1929.]

JOSEPH MCEACHERN, *Respondent*, v. PALMERTON-MOORE GRAIN COMPANY, *Defendant*, FIDELITY & DEPOSIT COMPANY OF MARYLAND, *Appellant.*[1]

*Williams & Cornelius* and *O. C. Moore*, for appellant.
*Munter & Munter*, for respondent.

PER CURIAM.—This case presents no questions other than those decided in *Commercial State Bank v. Palmerton-Moore Grain Co.*, ante p. 89, 277 Pac. 389, and *Warwick v. Palmerton-Moore Grain Co.*, ante p. 99, 277 Pac. 393.

On the authority of those cases, the judgment appealed from is affirmed.

[No. 21659. Department Two. May 27, 1929.]

THE STATE OF WASHINGTON, *Appellant*, v. PETE STROMBERGER, *Respondent.*[1]

*Richard B. Ott*, for appellant.
*Miller & Freese*, for respondent.

PER CURIAM.—Respondent was arrested, tried and convicted on an information filed in the superior court. Motion for a new trial was made on the following grounds: First, errors in law occurring at the trial and excepted to by the defendant; second, that the verdict was contrary to the law and the evidence. Defendant's motion for a new trial being granted, this appeal follows.

We have in this case the same situation as arose in the case of *State v. Pavelich*, 150 Wash. 411, 273 Pac. 182.

On the authority of that case, it is conceded that the judgment must be affirmed.

[1]Reported in 277 Pac. 393.
[1]Reported in 277 Pac. 1119.